

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00728-CR

Aghil **ANSARI**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 386397
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

On November 24, 2014, the interim Chief Public Defender of Bexar County, Texas filed a motion asking this court to abate this appeal to the trial court for a determination of whether appellant is in fact indigent and entitled to representation by the Bexar County Public Defender's Office.

The motion is GRANTED and this cause is ABATED and REMANDED to the trial court for it to make appropriate findings and rule on these issues:

(1)     Does appellant desire to prosecute his appeal?

(2)     Is appellant indigent?  If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel, if necessary.

We further ORDER the trial court to file in this court, no later than January 5, 2015, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact and conclusions of law on the above issues.

All other appellate deadlines are suspended until further notice from this court.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

Keith E. Hottle
Clerk of Court

